# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 11–11106–cag
Chapter No.: 7
Judge: Craig A. Gargotta

IN RE: **Aubrey T. Lanier and Sharon K. Porter** ,
Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above–named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**2/25/13**     is hereby fixed as the last date for filing of proofs of claim by any creditor of the above–named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B10 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

*MAIL ORIGINAL PROOF OF CLAIM TO:*                     *MAIL COPY OF PROOF OF CLAIM TO:*

*U. S. BANKRUPTCY COURT*                               *Ron Satija*
*903 SAN JACINTO, SUITE 322*                           *P.O. Box 1443*
*AUSTIN, TX 78701–0*                                   *Austin, TX 78767–1443*

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE–FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated:  11/14/12

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court