UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 11-11106-TMD |
| AUBREY T. LANIER | § | |
| SHARON K. PORTER | § | |
| Debtors | § | Chapter 7 |

**MOTION TO SELL PERSONAL PROPERTY FREE AND CLEAR
OF LIENS PURSUANT TO 363(f) AND REQUESTING WAIVER
OF RULE 6004(h) REQUIREMENT OF 14-DAY STAY**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTEREST. IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, NO HEARING WILL BE HELD AND THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

Ron Satija, Chapter 7 Trustee, ("Trustee"), and files this *Motion to Sell Personal Property Free and Clear of Liens Pursuant to 11 U.S.C. § 363(f) and Requesting Waiver of Rule 6004(h) Requirement of 14-Day Stay*, and would show the Court as follows:

1. This case was filed on April 30, 2011. The movant is the trustee appointed in this case.

2. The estate is the owner of the property described as mineral interest in:

   Property #37168 - Ray 2
   NW Section 22-16N-2W, Logan County, OK

   Property #38399 - Porter 1-22
   NENW Section 22-16N-2W, Logan County, OK (hereafter, the "Property").

3. The Trustee has solicited bids for the Property.  The Trustee received six bids. The Trustee desires to sell the Property to the highest bidder, George G. Vaught, Jr and Paul L. McCulliss.  The bid amount is $13,501.00.

4. Except for warranty of title, there are no warranties, express or implied, and the Property is being sold "as-is and where-is."

5.      This Property was received by the debtor by inheritance.  The Trustee does not have notice of any competing interests or liens, but the sale is free and clear of all liens and interests, including but not limited to any right or claim by co-owners for reimbursement, with all such liens and interests to attach to the proceeds.  The Trustee does not by this Motion, assert an ownership interest in any property other than the property owned by Sharon K. Porter. Any person claiming an adverse interest in this property must serve proof of their lien or interest on the Trustee.

6.      After consultation with a tax consultant, the Trustee believes that Debtor's bankruptcy estate will be able to pay the income tax from the proceeds of the sale.

7.      The Trustee also requests authority to sell to the second highest bidder; ECM Resources, Inc., if the highest bidders, George G. Vaught, Jr and Paul L. McCulliss do not close within 45 days, plus any agreed extensions from the date of the order approving the sale.

WHEREFORE PREMISES CONSIDERED, Ron Satija, Chapter 7 Trustee, prays that the Court grant authority to sell the Property under the terms and conditions set forth above free and clear of liens and interests pursuant to 11 USC § 363(f), and for such other relief as is just.

Respectfully submitted,

/s/ Ron Satija
Ron Satija, Trustee
SBT 24039158
PO Box 1443
Austin, Texas 78767-1443
Tel:  (512) 247-7086
Fax:  (512) 628-3628

**CERTIFICATE OF SERVICE**

The signature above certifies that a true and correct copy of the foregoing document has been served by first class U.S. mail through a noticing service within two business days of September 6, 2013, on those listed on the attached matrix.

AT&T Universal Card
PO Box 6500
Sioux Falls, SD 57117-6500

Bank of America
Customer Service
PO Box 5170
Simi Valley, CA  93062-5170

Bank of America
P.O. Box 15026
Wilmington, DE  19850-5026

Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850-5298

Citi Cards
Customer Service
PO Box 6062
Sioux Falls, SD 57117-6062

CitiBusiness Card
PO Box 6235
Sioux Falls, SD  57117-6235

DISCOVER FINANCIAL SVCS LLC
DB Servicing Corporation
PO BOX 3025
NEW ALBANY OH 43054-3025

FIA Card Services, N.A.
BOA, N.A. (USA)  & MBNA AB NA
NC4 105 03 14
4161 Piedmont Parkway
Greensboro, NC 27410

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Stop 5022 AUS
300 E 8th Street
Austin TX 78701-3233

PYOD, LLC
for Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

SOUTH AUSTIN HOSPITAL
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

St. David's South Austin Hospital
HCA Shared Svc Ctr Attn:  Bankruptcy
6000 NW Parkway Ste 124
San Antonio, TX 78249-3345

Wells Fargo Card Services
1 Home Campus 3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Card Services
PO Box 10347
Des Moines, IA 50306-0347

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

B. Weldon Ponder Jr.
Building 1, Suite 500
9442 Capital of Texas Hwy N
Austin, TX 78759-7262

Aubrey Lanier
Sharon Porter
7103 Loch Lommond Street
Austin, TX 78749-2512

Ron Satija, Trustee
PO Box 1443
Austin, TX 78767-1443